```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```



FILED

FEB 2 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>USPS Priority Mail Parcel Tracking #9114 9012 3080 1127 3333 54 Addressed to T. Reimer, General Delivery<br><br>USPS Priority Mail Parcel Tracking #9114 9012 3080 1127 3333 78 Addressed to T. Reimer, General Delivery<br><br>USPS Priority Mail Parcel Tracking #9114 9012 3080 1127 3333 61 Addressed to T. Reimer, General Delivery | 2:14-SW-0598-CKD<br>2:14-SW-0599-CKD<br>2:14-SW-0600-CKD<br><br>ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br><u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown,

///

///

///

///

1     **IT IS HEREBY ORDERED** that the files in the above-captioned
2 matters be, and are, hereby ordered unsealed.

4 DATED: February 25, 2015

                                       _/s/ Allison Claire_
                                       HON. ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE